ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| EVAN GRIGGS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:20-cv-565-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

　　　　COMES NOW DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, EVAN GRIGGS, by and through his counsel of record, COULTER HARSH LAW, hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.

　　　　Defendant State Farm's Answer is currently due October 7, 2020. The parties hereby stipulate that the due date for Defendant's Answer be extended to October 15, 2020.

/ / /

/ / /

/ / /

4825-4038-9326.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to prepare its Answer to Plaintiff's Complaint. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's response to Plaintiff's Complaint.

DATED this 6th day of October, 2020.　　　　　DATED this 6th day of October, 2020.

LEWIS BRISBOIS BISGAARD & SMITH　　　　COULTER HARSH LAW

*/s/ Pamela L. McGaha*　　　　　　　　　　　　*/s/ Brent H. Harsh*
ROBERT W. FREEMAN　　　　　　　　　　　BRENT H. HARSH
Nevada Bar No. 3062　　　　　　　　　　　　　Nevada Bar No. 8814
PAMELA L. MCGAHA　　　　　　　　　　　　KARL H. SMITH
Nevada Bar No. 8181　　　　　　　　　　　　　Nevada Bar No. 6504
6385 S. Rainbow Boulevard, Suite 600　　　　　403 Hill Street
Las Vegas, Nevada 89118　　　　　　　　　　　Reno, Nevada 89501
Attorneys for Defendant　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: October 6, 2020.

_____
U.S. MAGISTRATE JUDGE

4825-4038-9326.1　　　　　　　　　　　　　2