```
ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| EVAN GRIGGS, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | CASE NO.: 3:20-cv-565-MMD-WGC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff EVAN GRIGGS ("Plaintiff"), by and through his counsel, COULTER HARSH LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed,

. . .

. . .

. . .

. . .

. . .

4831-1916-3854.1

with prejudice, each party to bear their own attorney's fees and costs.

DATED this 22 day of October, 2020.        DATED this 26 day of October, 2020.

COULTER HARSH LAW                           LEWIS BRISBOIS BISGAARD SMITH LLP

BRENT H. HARSH
Nevada Bar No. 8814                         ROBERT W. FREEMAN, ESQ.
KARL H. SMITH                               Nevada Bar No. 03062
Nevada Bar No. 6504                         PAMELA L. MCGAHA, ESQ.
403 Hill Street                             Nevada Bar No. 08181
Reno, Nevada 89501                          6385 S. Rainbow Boulevard, Suite 600
*Attorneys for Plaintiff Evan Griggs*       Las Vegas, Nevada 89118
                                            *Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED:

Dated this  28th  day of  October , 2020.

_____
UNITED STATES DISTRICT COURT JUDGE